Matthew K. Schriever (10745)
**SCHRIEVER LEGAL, PLLC**
4955 South Durango Drive, Ste 174
Las Vegas, NV 89113
Telephone: 702-525-1364
Facsimile: 702-973-7170
Email: matt@schrieverlegal.com
*Attorney for Defendant*
*Acctcorp Of Southern Nevada*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HILLARY GREISEN,<br><br>  Plaintiff,<br><br>vs.<br><br>ACCTCORP OF SOUTHERN NEVADA;<br>EXPERIAN INFORMATION SYSTEMS,<br>INC.; and TRANS UNION LLC,<br><br>  Defendants. | Case No.: 2:24-cv-01115<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, HILLARY GREISEN ("Plaintiff") and ACCTCORP OF SOUTHERN NEVADA ("Defendant") (collectively, the "Parties") hereby stipulate and agree as follows:

1. The Plaintiff filed the Complaint on JUNE 17, 2024.

2. Defendant waived service of the Summons on JULY 18, 2024.

3. Defendant's deadline to respond to the Complaint is SEPTEMBER 16, 2024.

4. The Parties have engaged in settlement discussions and agree that the time for Defendant to respond to the Complaint shall be extended to OCTOBER 7, 2024, so that those settlement discussions can continue.

5. This stipulation is being made in good faith and not for the purposes of delay.

In view of the foregoing, good cause supports the stipulation and the Parties respectfully request that the Court order and extend Defendant's deadline to file an Answer or otherwise responsive pleading to the Complaint to OCTOBER 7, 2024.

Dated: September 16, 2024

| SCHRIEVER LEGAL, PLLC | LAW OFFICES OF MILES N. CLARK, LLC |
|---|---|
| /s/ Matthew K. Schriever<br>Matthew K. Schriever (10745)<br>4955 S. Durango Dr., Ste. 174<br>Las Vegas, NV 89113<br>matt@schrieverlegal.com<br>*Attorney for Defendant*<br>*Acctcorp Of Southern Nevada* | /s/ Miles N. Clark<br>Miles N. Clark (13848)<br>5510 S Fort Apache Rd, Ste 30<br>Las Vegas, NV 89148-7700<br>miles@milesclarklaw.com<br>*Attorney for Plaintiff*<br>*Hillary Greisen* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 09-18-24