Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Hillary Greisen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HILLARY GREISEN,<br><br>　　　　　Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SYSTEMS, INC.,<br><br>　　　　　Defendant | Case No. 2:24-cv-01115-CDS-MDC<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SYSTEMS, INC., WITH PREJUDICE** |

　　　　PLEASE TAKE NOTICE that Plaintiff Hillary Greisen ("Plaintiff") and Defendant Experian Information Systems, Inc., ("Experian") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii).

　　　　There are no longer any issues in this matter between Plaintiff and Experian to be determined by this Court. Plaintiff and Experian hereby stipulate that all claims and causes of action that were or could have been asserted against Experian Information Systems, Inc., are

//

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

hereby dismissed with prejudice, with each side to bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: January 7, 2025.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer L Braster* |
| Miles N. Clark, Esq. | Jennifer L Braster, Esq. |
| Nevada Bar No. 13848 | jbraster@naylorandbrasterlaw.com |
| 5510 So. Fort Apache Rd, Suite 30 | 10100 W. Charleston Blvd., Suite 120 |
| Las Vegas, NV 89148 | Las Vegas, NV 89135 |
| Email: miles@milesclarklaw.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Hillary Greisen* | *Experian Information Systems, Inc.* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
U.S. DISTRICT JUDGE

DATED: January 8, 2025

*Greisen v. Acctcorp of Southern Nevada et al*
*Case No. 2:24-cv-01115-CDS-MDC*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com